IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00176-RBJ-KLM

ALPERN MYERS STUART LLC, a Colorado limited liability company,

Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana insurance company,

Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Amended Protective Order** [Docket No. 42; Filed October 25, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Amended Protective Order [#42-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: October 25, 2011